JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SAMUEL ANDERSON, | Case No. CV 07-4770-MMM (MLG) |
|     Petitioner, | JUDGMENT |
|     v. | |
| TOM FELKER, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: JANUARY 11, 2008

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge